UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PACIFIC EMPLOYERS INSURANCE
CO.,
    Plaintiff,

v.

TRAVELERS CASUALTY AND
SURETY CO., as successor-in-interest to
AETNA CASUALTY AND SURETY CO.;
STANDARD FIRE INSURANCE CO.;
EVANSTON INSURANCE CO.; and ST.
FRANCIS CARE, INC., d/b/a SAINT
FRANCIS HOSPITAL AND MEDICAL
CENTER,
    Defendants.

No. 3:11-cv-924 (SRU)

## JUDGMENT

    This case came before the Honorable Stefan R. Underhill, United States District Judge, as a result of a three-count complaint for declaratory judgment. On September 25, 2015, the Court entered a Ruling and Order directing that a declaratory judgment shall issue only on Count III, granting the relief requested in request *d*, which sought declaratory judgment that the underlying litigation triggers a duty to defend under General Liability ("GL") coverage. The Court ordered that the relief be granted consistently with the earlier rulings of the Honorable Mark R. Kravitz that that duty is triggered with respect to all *claims* (not all *suits*) that "even possibly" implicate GL coverage alone. The Court also directed that no declaratory judgment shall issue with respect to request *a*, request *b*, or request *c*, which requests were denied.

    Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of Pacific Employers Insurance Co. with respect to Count III of the complaint. The Reardon litigation against St. Francis Care, Inc., d/b/a Saint Francis Hospital and Medical Center, triggers

a duty to defend under the GL coverage part of its primary insurance coverage with respect to all *claims* (not all *suits*) that "even possibly" implicate GL coverage alone. Judgment is entered in favor of the defendants with respect to Count I and Count II and the declaratory judgments requested in requests *a*, *b*, and *c* do not enter.

Dated at Bridgeport, Connecticut, this 30th day of September 2015.

ROBIN D. TABORA, Clerk

BY: /s/ Rochelle Jaiman
Deputy Clerk

EOD: 9/30/2015